**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**DONALD LEE CURTIS,**

                Plaintiff,              9:15-cv-718
                                                             (GLS/TWD)
        v.

**R. BOLA et al.,**

                Defendants.
_____

**APPEARANCES:**                            **OF COUNSEL:**

**FOR PLAINTIFF:**

Barclay, Damon LLP                KEVIN G. ROE, ESQ.
555 East Genesee Street
Syracuse, New York 13202

**FOR DEFENDANT:**

HON. ERIC T. SCHNEIDERMAN      DENISE P. BUCKLEY
Attorney General for the              Assistant Attorney General
  State of New York
The Capitol
Albany, New York 12224

**Gary L. Sharpe**
**Senior District Judge**

# **ORDER**

    The above-captioned matter comes to this court following a Order

and Report and Recommendation by Magistrate Judge Thérèse Wiley

Dancks, duly filed on November 28, 2017. (Dkt. No. 58.) Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Order and Report and Recommendation for clear error, it is hereby

**ORDERED** that the Report-Recommendation and Order (Dkt. No. 58) is **ADOPTED** in its entirety; and it is further

**ORDERED** that the exhaustion remedies under the DOCCS IGP were rendered unavailable to Plaintiff with regard to Grievances CL-65115-14 and CL-65307-14, and that his claims in this action are not barred by the PLRA based upon his failure to exhaust, and that the matter be set down for trial on Plaintiff's remaining claims; and it is further

**ORDERED** that the Clerk provide a copy of this Order to the parties in accordance with the Local Rules.

**IT IS SO ORDERED.**

January 3, 2018
Albany, New York

*Gary L. Sharpe*
Gary L. Sharpe
U.S. District Judge